# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRYANT N. PETERSON,

           Plaintiff,

v.                                         Case No:   6:25-cv-31-CEM-LHP

DOES 1-41, VOLUSIA COUNTY
CLERK OF THE CIRCUIT COURT,
VOLUSIA COUNTY SHERIFF
DEPARTMENT and DOES 1-41,

           Defendants

---

## ORDER
(And Direction to Clerk of Court)

This cause comes before the Court following a case management conference under the IDEAL program.  *See* Doc. Nos. 5, 21, 29.   As discussed with the parties at the conference, it is **ORDERED** as follows:

1.     Plaintiff's oral motion to receive case notifications via email (Doc. No. 28) is **GRANTED**.  *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023).[1]

---

[1] This Order authorizes receipt of Court filings by email alone.  Plaintiff may submit his filings online through the Court's web portal, *see Moore*, 2023 WL 4947933, at *1, or to the Clerk's office by mail.

The **Clerk of Court** is directed to add Plaintiff's email address, smartsbudda@gmail.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings. The Court also notes Plaintiff's consent to service by email of all court documents going forward from Defendants. *See* Fed. R. Civ. P. 5(b)(2)(E), (F).

2. Within **ten (10) days** of the date of this Order, the parties shall either file a fully executed Stipulated Consent to the IDEAL Program and Magistrate Judge Authority signed by all parties (unilateral consents should not be filed) or submit the standard Case Management Report. *See* Doc. No. 5 ¶ 4.

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties