**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRYANT N. PETERSON,

       Plaintiff,

v.                                                    Case No:   6:25-cv-31-CEM-LHP

VOLUSIA COUNTY CLERK OF THE
CIRCUIT COURT and VOLUSIA
COUNTY SHERIFF DEPARTMENT,

       Defendants

---

**ORDER**

Before the Court is Plaintiff's Motion to Establish Timely Filing of Notice of Appeal and for Relief from Deadline for Rule 59(e) Motion Under FRCP 6(b)(1)(B). Doc. No. 69.   On review, the motion is **DENIED without prejudice** for failure to include a certification of conferral with Defendants as required by Local Rule 3.01(g).   *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (stating that *pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties